IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH LITTLE and JULES STRACHMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK ONE, DELAWARE, N.A. and FIRST USA BANK, N.A.,<br><br>Defendants. | No. C 05-01727 JSW<br><br>**ORDER DENYING MISCELLANEOUS ADMINISTRATIVE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Having received Defendants' miscellaneous administrative request to reschedule the case management conference and Plaintiffs' opposition, the Court DENIES the request to reschedule the case management conference.

**IT IS SO ORDERED.**

Dated: October 11, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE